

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00069-CV

**TARRANT COUNTY DEMOCRATIC PARTY**; Steve Maxwell, In His Official Capacity as Chair of the Tarrant County Democratic Party; Texas Democratic Party; and Gilberto Hinojosa, In His Official Capacity as Chair of the Texas Democratic Party;
Appellants

v.

John **STEEN**,[1] in his official capacity as Secretary of State of Texas,
Appellee

From the 345th Judicial District Court, Travis County, Texas
Trial Court No. D-1-GN-09-00172
The Honorable Amy Clark-Meachum, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we REVERSE the portion of the trial court's judgment that denies Appellants Tarrant County Democratic Party and Texas Democratic Party their attorney's fees incurred in the *Brimer* suit.

We RENDER JUDGMENT awarding attorney's fees of $15,953.91 to Tarrant County Democratic Party and $10,632.57 to Texas Democratic Party as reimbursement for their *Brimer* suit attorney's fees, and award each postjudgment interest accruing from the date of the trial court's final judgment at the statutory rate until paid in full. *See* TEX. FIN. CODE ANN. §§ 304.003, .005 (West 2006); *Phillips v. Bramlett*, 407 S.W.3d 229, 239 (Tex. 2013).

We AFFIRM the portion of the trial court's judgment that denies Appellants' claims for attorney's fees in the instant suit.

We tax costs of this appeal against Appellee John Steen, or his successor, in his official capacity as Secretary of State of Texas.

---

[1] Nandita Berry was sworn in as Texas Secretary of State on January 7, 2014.

SIGNED February 19, 2014.

Patricia O. Alvarez, Justice